UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

------------------------------------------------------------------ X   CIVIL ACTION #:
Edward D. Fagan,                                                   :   12-cv-80743-JIC
                                         Plaintiff                 :
    - v -                                                          :
                                                                   :
The Czech Republic;                                                :   NOTICE OF
National Gallery in Prague; and                                    :   CHANGE OF ADDRESS
Museum of Decorative Arts of Prague.                               :
                                         Defendants.               :
------------------------------------------------------------------ X

FILED BY __ MB
2012 JUL 23 PM 2:12

    Edward D. Fagan, Plaintiff Pro Se, hereby certifies and says that as of 13 July 2012 my true and correct address [1] was / is:

        Edward D. Fagan, 5708 Arbor Club Way, Apt. 01, Boca Raton, FL  33433

        also written as

        Edward D. Fagan, 5708-01 Arbor Club Way, Boca Raton, FL  33433


I also maintain a PO Box address as follows:
        Edward D. Fagan, PO Box 812512, Boca Raton, FL  33481


My phone and Fax Lines are as follows:
        Landline Tel # is (561) 372-9296
        Cell Phone # is (973) 986-2844
        Fax # is (561) 948-2707

My Email Address is: faganinternational@gmail.com

I am providing this as an update in response to DE # 9.

Dated: July 20, 2012
        Boca Raton, FL

                      Edward D. Fagan, Plaintiff Pro Se
                      5708-01 Arbor Club Way, Boca Raton, FL  33481
                      Tel # (561) 372-9296 / Fax # (561) 948-2707
                      Email: faganinternational@gmail.com

---

[1]     I have just recently changed from one apartment unit to another all within the same complex, which is why the physical street address, apartment number and telephone numbers changed.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DVISION

---------------------------------------------------------------- X   CIVIL ACTION #
Victims of Holocaust Art Theft,                                :   12-civ-80743-JIC
                                         Plaintiff             :
   - v -                                                       :
                                                               :
The Czech Republic;                                            :
National Gallery in Prague; and                                :   Proof of Service
Museum of Decorative Arts of Prague.                           :   of Change of Address
                                         Defendants.           :
---------------------------------------------------------------- X

I hereby certify I served the following document:

**July 20, 2012 Notice of Change of Address**

Upon the Clerk of the Court with a courtesy copy to the Honorable James I. Cohn, United States District Judge, United States District Court, Southern District of Florida, U.S. Federal Building and Courthouse, 299 East Broward Boulevard, Fort Lauderdale, FL 33301

Dated:      June ___, 2012
            Boca Raton, FL

Edward D. Fagan, Plaintiff Pro Se
5708 – 01 Arbor Club Way
Boca Raton, FL  33433
Tel # (561) 372-9296 / Fax # (561) 948-2707
Email: faganinternational@gmail.com